1  Frank Woodson
   Navan Ward
2  **BEASLEY, ALLEN, CROW, METHVIN,**
   **PORTIS & MILES, P.C.**
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12  IN RE: BEXTRA AND CELEBREX           **MDL NO. 1699**
    MARKETING SALES PRACTICES AND        **District Judge: Charles R. Breyer**
13  PRODUCT LIABILITY LITIGATION

14  This Document Relates To:

15  *James Alan Bell vs. G.D. Searle LLC, et al.*    **AMENDED STIPULATION AND**
    (05-4450 CRB)                                    **ORDER OF DISMISSAL WITH**
16                                                   **PREJUDICE**

17  *James Rogers Fanning vs. G.D. Searle LLC, et al.*
    (05-4453 CRB)
18

19  *John J. Driscoll vs. Pfizer Inc, et al.*
    (05-4584 CRB)
20
    *Barbara Clem vs. G.D. Searle LLC, et al.*
    (05-4736 CRB)
21

22  *Kathleen Cote, et al. vs. G.D. Searle LLC, et al.*
    (05-5360 CRB)

23  *Johnny Edwards vs. Pfizer Inc, et al.*
    (06-1914 CRB)
24

25  *William Crowley vs. Pfizer Inc*
    (06-2668 CRB)

26  *Connie B. Anderson vs. Pfizer Inc, et al.*
    (06-2784 CRB)
27

28  *Tracy Baral vs. Pfizer Inc, et al.*
    (06-2912 CRB)

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1

2
*Willevene Gruver, et al. vs. Pfizer Inc, et al.*
(06-2940 CRB)

3
*Michael Castle, et al. vs. Pfizer Inc, et al.*
(06-3061 CRB)

4

5
*Henry Anderson vs. Pfizer Inc, et al.*
(06-3418 CRB)

6
*Carolyn Chasteen vs. Pfizer Inc, et al.*
(06-3433 CRB)

7

8
*James Craig vs. Pfizer Inc, et al.*
(06-3554 CRB)

9
*Connie Akridge vs. Pfizer Inc, et al.*
(06-3555 CRB)

10

11
*Faye Cochran vs. G.D. Searle LLC, et al.*
(06-3654 CRB)

12
*Herbert R. Gorham vs. G.D. Searle LLC, et al.*
(06-3657 CRB)

13

14
*David Dobbins vs. Pfizer Inc, et al.*
(06-3950 CRB)

15
*Vera A. Benefiel, et al. vs. Pfizer Inc, et al.*
(06-4012 CRB)

16

17
*Jerry Goodman vs. Pfizer Inc, et al.*
(06-4013 CRB)

18
*Gene N. Gordon vs. G.D. Searle LLC, et al.*
(06-4294 CRB)

19

20
*Alyce B. Elliott vs. Pfizer Inc, et al.*
(06-4419 CRB)

21
*Roger D. Conner vs. G.D. Searle LLC, et al.*
(06-4483 CRB)

22

23
*Elaine Givens vs. Pfizer Inc, et al.*
(06-4608 CRB)

24
*Shelia Adams, et al. vs. Pfizer Inc, et al.*
(06-5040 CRB)

25

26
*Veronica Grice, et al. vs. Pfizer Inc, et al.*
(06-5385 CRB)

27
*Jeffery L. Davis vs. Pfizer Inc, et al.*
(06-7009 CRB)

28

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1  *Rick Detmer, et al. vs. Pfizer Inc, et al.*
   (06-7523 CRB)

2

3  *Randy Gunter, et al. vs. Pfizer Inc, et al.*
   (06-7524 CRB)

4  *Robert C. Bonnett, et al. vs. Pfizer Inc, et al.*
   (06-7770 CRB)

5

6  *Christene Canada vs. Pfizer Inc, et al.*
   (06-7771 CRB)

7  *Christine Erickson, et al. vs. Pfizer Inc, et al.*
   (06-7772 CRB)

8

9  *Dannie Graham vs. Pfizer Inc, et al.*
   (06-7774 CRB)

10  *Troy L. Coker, et al. vs. Pfizer Inc, et al.*
    (06-7775 CRB)

11

12  *Michael Fisher vs. Pfizer Inc, et al.*
    (07-0761 CRB)

13  *George S. Chiotakis vs. Pfizer Inc, et al.*
    (07-0860 CRB)

14

15  *Ricky Estep vs. Pfizer Inc, et al.*
    (07-0971 CRB)

16  *Ralph Rocha, et al. vs. Pfizer Inc, et al.*
    (07-1124 CRB)

17

18  *Shirley Darling, et al. vs. Pfizer Inc, et al.*
    (07-1356 CRB)

19  *Lawrence Burris, et al. vs. Pfizer Inc, et al.*
    (07-1371 CRB)

20

21  *Richard L. Bowden vs. Pfizer Inc, et al.*
    (07-1375 CRB)

22  *Betty Grulke vs. Pfizer Inc, et al.*
    (07-1768 CRB)

23

24  *Bradley John Cok, et al. vs. Pfizer Inc, et al.*
    (07-1874 CRB)

25  *Phyllis Buonopane vs. Pfizer Inc, et al.*
    (07-2026 CRB)

26

27  *Connie LaGrew, et al. vs. Pfizer Inc, et al.*
    (07-3034 CRB)

28  *Betty Lou Bass vs. Pfizer Inc, et al.*

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1   (07-3643 CRB)

2   *Rachel Carballo, et al. vs. Pfizer Inc, et al.*
    (07-3646 CRB)

3

4   *Chad James Flynn, et al. vs. Pfizer Inc, et al.*
    (07-3955 CRB)

5   *Helen Alexander, et al. vs. Pfizer Inc, et al.*
    (07-4382 CRB)

6

7   *James Dauphinais, et al. vs. Pfizer Inc, et al.*
    (07-4983 CRB)

8   *James Darty vs. G.D. Searle LLC, et al.*
    (07-5399 CRB)

9

10   *Robyn Anderson, et al. vs. Pfizer Inc, et al.*
    (07-5590 CRB)

11   *Morris Adams, et al. vs. Pfizer Inc, et al.*
    (07-5591 CRB)

12

13   *Peter Fos vs. Pfizer Inc, et al.*
    (07-5685 CRB)

14   *Michael H. Allen, et al. vs. Pfizer Inc, et al.*
    (07-5703 CRB)

15

16   *Vivian Cobb vs. Pfizer Inc, et al.*
    (08-0257 CRB)

17   *Roberta Bowman vs. Pfizer Inc, et al.*
    (08-0303 CRB)

18

19   *Harriet Bratcher vs. Pfizer Inc, et al.*
    (08-0795 CRB)

20   *Olive Beebe, et al. vs. Pfizer Inc, et al.*
    (08-0977 CRB)

21

22   *Ramond Beaver vs. Pfizer Inc, et al.*
    (08-1015 CRB)

23   *Robert Colman vs. Pfizer Inc, et al.*
    (08-1016 CRB)

24

25   *Robert E. Davis, et al. vs. Pfizer Inc, et al.*
    (08-1224 CRB)

26   *Rommie Anderson, et al. vs. Pfizer Inc, et al.*
    (08-1351 CRB)

27

28   *Tim Gray vs. Pfizer Inc, et al.*
    (08-1434 CRB)

-4-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42595197.1

1

2   *Owen L. May, et al. vs. Pfizer Inc, et al.*
    (08-1590 CRB)

3   *Ronald Carr, et al. vs. Pfizer Inc, et al.*
    (08-1591 CRB)
4
    *Mary Basilisco, et al. vs. Pfizer Inc, et al.*
5   (08-1746 CRB)

6   *Earnest Colvin vs. Pfizer Inc, et al.*
    (08-2470 CRB)
7
    *Velma Burt vs. Pfizer Inc, et al.*
8   (08-2471 CRB)

9   *Sarah Benton vs. Pfizer Inc, et al.*
    (08-2605 CRB)
10
    *Lawanda Bell vs. Pfizer Inc, et al.*
11  (08-3708 CRB)

12          Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

13  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

14  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

15  each side bearing its own attorneys' fees and costs.

16

17

18

19

20

21

22      DATED: 10 29 2009    By: _____

23

24                                  **BEASLEY, ALLEN, CROW, METHVIN,
                                     PORTIS & MILES, P.C.**
24                                  218 Commerce Street
25                                  P.O. Box 4160
                                    Montgomery, Alabama 36103
26                                  Telephone: 334-269-2343
                                    Facsimile: 334-954-7555
27
                                    *Attorneys for Plaintiffs*
28

                                         -5-

EAST\42595197.1

1    DATED: Oct. 29, 2009     By: _____

2

3                                          **DLA PIPER LLP (US)**
                                           1251 Avenue of the Americas
4                                          New York, New York 10020
                                           Telephone:  212-335-4500
                                           Facsimile:  212-335-4501
5

6                                          *Defendants' Liaison Counsel*

7

8
     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
9    **IT IS SO ORDERED.**

10

11   Dated: NOV 1 3 2009

12                                         Hon. Charles R. Breyer
                                           United States District Court

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          -6-

PFZR/1035934/1132569v.1

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42595197.1